IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,           ORDER

      v.           08-cr-37-bbc-1

ROBERT L. GIPSON,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A hearing on the probation office's petition for judicial review of Robert L. Gipson's supervised release was held on January 9, 2015, before U.S. District Judge Barbara B. Crabb. Assistant U.S. Attorney David Reinhard appeared for the government. Defendant was present in person and represented by counsel, Ronald G. Benavides. Also present was U.S. Probation Officer Jelani D. Brown.

For the reasons stated on the record at the hearing, the judicial review will be held in abeyance while defendant works with the probation office to obtain housing and mental health treatment.

IT IS ORDERED that the period of supervised release imposed on defendant on November 22, 2011, is CONTINUED with the addition of the following special condition:

> Defendant is to participate in and comply with mental health treatment at Journey Mental Health in Madison, Wisconsin and shall work with the probation office to obtain housing.

All other special conditions shall remain in effect.

Entered this 9th day of January 2015.

BY THE COURT:

/s/
Barbara B. Crabb
U.S. District Judge